IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GILL EDWARD TURNER,** | Case No. 16-CV-06495-WHO (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID BAUGHMAN, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent may have until **June 2, 2017**, to file an answer to the petition for writ of habeas corpus. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty (30) days** of the date the answer is filed.

**IT IS SO ORDERED**

Dated: May 22, 2017

WILLIAM H. ORRICK
United States District Judge